```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
APOTEX INC. and APOTEX CORP.,
                               Plaintiffs,

                -against-

ACORDA THERAPEUTICS, INC.,
                              Defendant.
------------------------------------------------------------X

11 CIVIL 8803 (AT)

## JUDGMENT

      Defendant having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Analisa Torres, United States District Judge, and the Court, on October 23, 2014, having rendered its Memorandum and Order granting Defendant's motion for summary judgment, and directing the Clerk of Court to close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 23, 2014, Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
       October 24, 2014

                                                      RUBY J. KRAJICK
                                                        Clerk of Court
                                     BY:
                                                        Deputy Clerk

                                                        **THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____